[No. 16644-5-II.   Division Two.   June 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
WAYNE BURDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-1-00460-7, Robert L. Harris, J., entered
October 23, 1992. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Morgan and Wiggins, JJ.


[No. 13239-1-III.   Division Three.   June 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBIE
DAN NORMAN, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 88-1-00310-7, Michael E. Donohue,
entered August 27, 1992. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Sweeney, A.C.J., and
Munson, J.


[No. 13380-0-III.   Division Three.   June 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY
KIRK WHITNEY, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-1-00296-4, Thomas E. Merryman,
J., entered June 18, 1993. *Affirmed* by unpublished opinion
per Thompson, C.J., concurred in by Sweeney and Schul-
theis, JJ. Now published at 78 Wn. App. 506.